♦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District     District of    Mississippi

Southern Division

Argo Dredging, L.L.C. &
John C. Hunt, Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

1990 IMS Model Dredge, bearing
Hull Number 1858, State of Alabama
Documented Vessel Number AL-4349-AW,
in rem, BMC Construction, L.L.P.,
an Alabama Limited Liability Partnership,
James N. Skinner and Suzanne Skinner,
in personam

CASE NUMBER: 1:07cv536WLGJMR

TO: (Name and address of Defendant)

    Suzanne Skinner
    6110 Rangeline Road
    Theodore, Alabama   36582

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Maria M. Cobb
    Rushing & Guice, P.L.L.C.
    P. O. Box 1925
    Biloxi, MS   39533-1925

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. Noblin            4-13-07
CLERK                     DATE            Format m/d/yyyy

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 4-19-07 |
| NAME OF SERVER (PRINT) RICHARD WILBURN | TITLE DUSM | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: JOB SITE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-23-07

Signature of Server

GULFPORT, MS 39501
Address of Server

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 23 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.